**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Lorna and Felicia Oglesby, Respondents,

v.

Lakeisha Woodley, Durian Pressley, and John Doe, Defendants,

Of whom Lakeisha Woodley is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-001651

---

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

---

Unpublished Opinion No. 2021-UP-268
Submitted June 28, 2021 – Filed July 12, 2021

---

**AFFIRMED**

---

Jennifer Lynn Mook, of Law Office of Jennifer Mook, LLC, of Aiken, for Appellant.

Mary Elizabeth Parrilla, of The Parrilla Law Firm, LLC, of Anderson, for Respondents.

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, as Guardian ad Litem.

_____

**PER CURIAM:** Lakeisha Woodley appeals the family court's final order finding her relinquishment of parental rights was proper and complied with statutory requirements and alternately terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-9-330 (2010) (setting forth the requirements of a relinquishment form); § 63-9-340 (2010) (setting forth the procedure for executing a relinquishment form); § 63-7-2570 (Supp. 2020) (setting forth the statutory grounds for termination of parental rights).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Woodley's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and HEWITT, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.